■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GARY SKAATS, Appellant.—

Ordered that the sentence is affirmed, and the matter is remitted to the County Court, Nassau County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Mollen, P. J., Thompson, Brown and Rosenblatt, JJ., concur.